UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**          **CRIMINAL ACTION**

**VERSUS**

**TODDRIQUEZ BRADLEY**          **NO.: 18-00083-BAJ-EWD**

**PRELIMINARY ORDER OF FORFEITURE**

**WHEREAS**, on June 13, 2018, an Indictment was returned against Defendant, Toddriquez Deangelo Bradley, and others, in the United States District Court for the Middle District of Louisiana; and

**WHEREAS,** Defendant entered into a plea agreement on February 24, 2020, and thereafter pleaded guilty (Doc. 623) on May 12, 2020, to Count One of the Indictment charging conspiracy to distribute and possess with the intent to distribute controlled substances, in violation of 21 U.S.C. § 846; and Count Sixty-Four of the Indictment charging him with unlawful use of a communications facility, in violation of 21 U.S.C. § 843(b); and Defendant agreed to the forfeiture allegation in the Indictment; and

**WHEREAS,** in his plea agreement, Defendant understood that, in accordance with the Notice of Forfeiture in the Indictment, the Court would order forfeiture of his interest in any property subject to forfeiture, pursuant to 21 U.S.C. § 853, as a

1

result of conviction of the offense charged in Count One and, in particular, that the Court would enter a personal money judgment against him; and

**WHEREAS,** the United States has filed a motion for entry of a Preliminary Order of Forfeiture (Doc. 628) which seeks a forfeiture money judgment against Defendant now, with the actual amount being determined by this Court at or before sentencing based on the Court's determination of the value of the drugs involved with his offense; and

**WHEREAS**, based upon Defendant's plea agreement, his guilty plea, and the summary of the factual basis read into the record at the time of re-arraignment, the United States has established that he conspired to distribute and possess with the intent to distribute controlled substances and that he unlawfully used a communications facility.

**IT IS ORDERED** that a forfeiture money judgment against Defendant, Toddriquez Deangelo Bradley, in favor of the United States of America is hereby entered.

**IT IS FURTHER ORDERED** that this forfeiture money judgment will be amended under Fed. R. Crim. P. 32.2(e)(1) when the amount of the money judgment has been determined by this Court at or before sentencing.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 32.2, once this forfeiture money judgment is amended under Rule 32.2(e)(1), it shall become the Final Order of Forfeiture at the time of Defendant's sentencing and shall be made part of the sentence and included in the Judgment.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**IT IS FURTHER ORDERED** that, in accordance with the provisions of Rule 32.2, the United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of the property in satisfaction of the forfeiture money judgment.

Baton Rouge, Louisiana, this 8th day of July, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**